UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERRAN G. EVANS | CIVIL ACTION |
| VERSUS | NO. 12-0614 |
| N. BURL CAIN | SECTION "C"(2) |

### ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to stay (Rec. Doc. No. 12) filed by Erran G. Evans is **DENIED**.

**IT IS ORDERED** that the Evans's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED** for lack of jurisdiction as it relates to Jefferson Parish Case No. 95-467 (murder) and **WITH PREJUDICE** as time-barred under the AEDPA as it relates to Jefferson Parish Case No. 94-7025 (armed robbery).

New Orleans, Louisiana, this 20 day of December, 2012.

UNITED STATES DISTRICT JUDGE